Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESONO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO.  1:11-cv-01880-AWI-BAM |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE INITIAL SCHEDULING CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE; ORDER |
| v. | |
| JOSE M. ROMERO, et al. | |
| Defendant. | |

**TO THE HONORABLE BARBARA A. MCAULIFFE, THE PARTIES AND THEIR ATTORNEY/S OF RECORD:**

As of this date, Plaintiff has been unable to successfully serve its initiating suit papers upon defendant Jose M. Romero, individually and d/b/a Miramar Restaurant a/k/a La Fonda De Josefa.

**WHEREFORE**, Plaintiff makes the following representations and recommendations:

1.     On November 10, 2011, Plaintiff's Complaint was filed against Defendant Jose M. Romero, individually and d/b/a Miramar Restaurant a/k/a La Fonda De Josefa.

2.     Plaintiff has *still* not perfected service of the initiating suit papers upon the Defendant, Jose M. Romero, individually and d/b/a Miramar Restaurant a/k/a La Fonda De Josefa, despite diligent efforts to do so.  (Please find a true and correct copy of the process server's Status Reports attached hereto and made part hereof as Plaintiff's Exhibit 1).

3. Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order further continuing the Initial Scheduling Conference presently set for January 26, 2012 at 8:30 AM. As set forth below, Plaintiff respectfully requests this Honorable Court continue the Status Conference and extend the time to complete service an additional Thirty (30) days to Forty-Five (45) days.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Status Conference, presently scheduled for January 26, 2012 at 8:30 AM and permit Plaintiff an additional Thirty (30) days to Forty-Five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to the named defendant.

Respectfully submitted,

Dated:  January 19, 2012         */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

## **ORDER**

It is hereby ordered that the Status Conference in civil action number 1:11-cv-01880-AWI-BAM styled *J & J Sports Productions, Inc. v. Jose M. Romero, et al.*, is hereby continued from 8:30 AM, January 26, 2012 to <u>April 16, 2012 at 9:30 AM</u>.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   January 20, 2012              /s/ Barbara A. McAuliffe
                       UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PLAINTIFF'S** *EX PARTE* **APPLICATION FOR AN ORDER CONTINUING
THE INITIAL SCHEDULING CONFERENCE AND EXTENDING TIME TO
COMPLETE SERVICE; AND ORDER (Proposed)
CASE NO. 1:11-cv-01880-AWI-BAM**