1

2

3

4

5

6

7

8                     **UNITED STATES DISTRICT COURT**

9                     **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11   J&J SPORTS PRODUCTIONS, INC., | )   Case No.: 1:11-cv-1880-BAM |
| | ) |
| 12              Plaintiff, | )   **ORDER SETTING MOTION TO WITHDRAW** |
| | )   **HEARING DATE AND ORDERING** |
| 13        v. | )   **DEFENDANT JOSE M. ROMERO TO** |
| | )   **PERSONALLY APPEAR AND SHOW CAUSE** |
| 14   JOSE ROMERO, *et al*, | ) |
| | )   **(APPEARANCE REQUIRED)** |
| 15              Defendant. | ) |
| | )   **Date:   April 30, 2014** |
| 16 | )   **Time:  9:30 a.m.** |
| 17 | )   **Dept.: 8(BAM)** |
| 18 | |
| 19 _____ | **TRIAL: June 10, 2014** |

20   **TO DEFENDANT JOSE ROMERO:**

21         Your attorney is seeking leave to withdraw from your case based upon your failure to

22   communicate.  The Court has set a hearing for April 30, 2014 at 9:30 a.m. in Department 8 of this

23   Court.  You are required to appear in person.

24         On April 3, 2014, this Court continued the pretrial conference set in this case due to ongoing

25   settlement negotiations. (Doc. 32).   On April 17, 2014, this Court held the continued pretrial

26   conference.   (Doc. 50).   Counsel Thomas Riley appeared by telephone for Plaintiff J&J Sports

27   Production, Inc.  Counsel Mark Coleman appeared by telephone for Defendant Jose Romero.  The

28   Court confirmed the trial date of June 10, 2014.

During the April 17, 2014 hearing, the Court inquired into ongoing settlement negotiations and whether defense counsel was in contact with you, Defendant Jose Romero.  Counsel for Defendant indicated that he has been unable to contact his client, Jose Romero, regarding potential settlement.  In light of the complete breakdown in communications, Defense counsel made an oral motion to withdraw from the case, stating that continued representation is no longer possible.

In light of defense counsel's oral motion, the Court sets a *sua sponte* expedited hearing on the Motion to Withdraw for **April 30, 2014.**  Plaintiff shall file a response to the Motion or a statement of non-opposition on or before **April 25, 2014.**

Defendant Jose Romero is **ORDERED TO APPEAR IN PERSON** at the **April 30, 2014** motion to withdraw hearing. At the hearing, Defendant Jose Romero shall indicate whether he is seeking substitute counsel or whether he will represent himself in this matter **pro se** at the trial set for June 10, 2014.  The Court will also set a date for the motions in limine hearing.  Defendant is further **ADMONISHED** that the June 10, 2014 trial date will remain as set and the Court will not entertain any continuances of the trial date, absent good cause.

Failure to appear at the hearing may result in a recommendation that sanctions be entered against Defendant Jose Romero.   *See Thompson v. Housing Auth.*, 782 F.2d 829, 831 (9th Cir.1986) ("District courts have inherent power to control their dockets. In the exercise of that power they may impose sanctions including, where appropriate, default or dismissal.")

The last known address of Defendant Jose Romero is 621 N Alta Suite C, Dinuba, CA 93618. The Clerk of the Court is **DIRECTED** to serve a copy of this order on Defendant Jose Romero at this last known address.

IT IS SO ORDERED.

Dated:   **April 17, 2014**                    /s/ *Barbara A. McAuliffe*
                                                                      UNITED STATES MAGISTRATE JUDGE