1
2
3
4                            UNITED STATES DISTRICT COURT
5                              EASTERN DISTRICT OF CALIFORNIA
6
7
8    J&J SPORTS PRODUCTIONS, INC.,           Case No. 1:11-cv-1880-BAM

9                 Plaintiff,                 **ORDER AFTER SETTLMENT**

10        vs.

11   JOSE ROMERO, *also known as* JOSE
     MARIA ROMERO *doing business as*
12   Miramar Restaurant *also known as* La
     Fonda de Josefa
13
                  Defendant.
14   _____/

15        The parties have filed a Notice of Settlement indicating that settlement has been reached in this

16   case.  Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, no later than **May 21,**

17   **2014**, to file appropriate papers to dismiss or conclude this action in its entirety.

18        This Court VACATES all pending dates and matters, including the pretrial and trial.

19        Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

20   parties who contributed to violation of this order.  See Local Rule 160 and Local Rule 272.

21

22   IT IS SO ORDERED.

23
         Dated:   **April 29, 2014**                   /s/ *Barbara A. McAuliffe*
24                                                 UNITED STATES MAGISTRATE JUDGE
25
26
27
28
                                                    1