Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC. <br><br> Plaintiff, <br><br> v. <br><br> JOSE M. ROMERO, <br><br> Defendant. | Case No. 1:11-cv-01880-BAM <br><br> ORDER GRANTING APPLICATION TO EXTEND DEADLINE FOR DISMISSAL <br><br> (First Request) |

    On April 28, 2014, Plaintiff J & J Sports Productions, Inc. ("Plaintiff") filed a Notice of Settlement, advising the Court that the parties had reached a settlement agreement resolving all claims in their entirety.  Also on April 29, 2014, the Court entered an Order acknowledging the Notice of Settlement, and setting a deadline for dismissal.

    Plaintiff asks the Court for an extension of the May 21, 2014 dismissal deadline for twelve (12) days, *i.e.* until June 2, 2014.  The parties are still in the process of finalizing the settlement documents memorializing the agreement, and need the additional time to do so.  Upon finalization and execution, the parties intend to file a Stipulation for Dismissal with the Court.

///

///

///

**WHEREFORE,** the Plaintiff respectfully request that all presently calendared deadlines and appearances, now be vacated.

For the Court's convenience, and in accordance with LRCiv 7.1(b)(3), a proposed form of order is submitted herewith.

### **ORDER**

The above stipulation is GRANTED.  The parties shall have until June 2, 2014 to file documents disposing of this case.

IT IS SO ORDERED.

Dated:   **May 22, 2014**           /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE