UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., | Case No. 1: 11-cv-01880-BAM |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| Jose M. Romero, | |
| Defendant. | |

Based on the stipulation of the parties (Doc. 61), the above-captioned matter is DISMISSED WITHOUT PREJUDICE. Each party shall bear their own fees and costs.

Further, based on the stipulation of the parties, if no party files a motion to reopen this action by August 15, 2014, the dismissal shall be deemed WITH PREJUDICE.

IT IS SO ORDERED.

Dated: **June 6, 2014**                   /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

1